# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ALVIN W. BOSTON | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:09mj152/MD<br><br>Waived<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 320.261 and 18 U.S.C. §§ 7 and 13 | Attach a Registration Plate or Validation Sticker to the Registration Plate not Issued or Assigned t | 2/13/09 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than May 20, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 250.00 | $ 0.00 |

Date of Imposition of Sentence - 4/15/09

*Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **4-16-09**